FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 22, 2024

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ROY CASTILLO KNOEB, III,<br><br>        Plaintiff,<br><br>v.<br><br>YAKIMA COUNTY DEPARTMENT OF CORRECTIONS and WASHINGTON CORRECTIONS CENTER,<br><br>        Defendants. | No. 1:24-CV-03019-MKD<br><br>ORDER DISMISSING ACTION FOR FAILURE TO COMPLY WITH FILING FEE/*IN FORMA PAUPERIS* REQUIREMENTS |

Plaintiff Roy Castillo Knoeb, III, a pretrial detainee currently housed at the Yakima County Jail, filed this *pro se* civil rights complaint on February 8, 2024. ECF No. 1.  He did not pay the filing fee to commence this action as required by 28 U.S.C. § 1914.  He also failed to present a completed application to proceed *in forma pauperis* or to comply with 28 U.S.C. § 1915(a)(2), which requires prisoners who seek to bring a civil action without prepayment of the filing fee to submit a certified

ORDER DISMISSING ACTION FOR FAILURE TO COMPLY WITH FILING FEE/*IN FORMA PAUPERIS* REQUIREMENTS - 1

1 copy of their inmate account statement (or the institutional equivalent) for the six
2 months immediately preceding the filing of the complaint.

3      By letter dated February 8, 2024, the Clerk of Court directed Plaintiff to
4 complete and return the Acknowledgment and Authorization form provided and to
5 submit a certified statement of his inmate account (or institutional equivalent) for the
6 six months immediately preceding the submission of his complaint on February 8,
7 2024. ECF No. 3. In the alternative, the Clerk of Court directed Plaintiff to pay the
8 full $405.00 filing fee ($350.00 statutory filing fee, plus $55.00 administrative fee)
9 to commence this action. *Id.*

10      On March 14, 2024, this Court issued an Order to Comply with Filing Fee/*In
11 Forma Pauperis* Requirements. ECF No. 4. Plaintiff was ordered to submit a
12 completed Acknowledgment and Authorization (page 3 of the form Declaration and
13 Application to Proceed *In Forma Pauperis* By a Prisoner Bringing a Civil Rights
14 Action Pursuant to 42 U.S.C. § 1983), and provide a certified copy of his six-month
15 inmate trust account statement (or institutional equivalent) for the period
16 immediately preceding February 8, 2024. *Id.* at 2. In the alternative, Plaintiff was
17 instructed to pay the full $405.00 filing fee. *Id.* Plaintiff was cautioned that his
18 failure to comply with the Order within thirty (30) days would result in the dismissal
19 of this case. *Id.* Plaintiff did not comply with these directives and has filed nothing
20 further in this action.

ORDER DISMISSING ACTION FOR FAILURE TO COMPLY WITH FILING
FEE/*IN FORMA PAUPERIS* REQUIREMENTS - 2

Accordingly, **IT IS ORDERED**:

1. For the reasons set forth above, and in the Court's prior Order, ECF No. 4, this action is **DISMISSED WITHOUT PREJUDICE** for failure to comply with the filing fee and *in forma pauperis* requirements of 28 U.S.C. §§ 1914 and 1915.

2. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal of this Order would not be taken in good faith and would lack any arguable basis in law or fact.

**IT IS SO ORDERED**. The Clerk of Court is directed to enter this Order, **enter judgment,** provide copies to Plaintiff, and **CLOSE** the file.

**DATED** April 22, 2024.

*s/Mary K. Dimke*
MARY K. DIMKE
UNITED STATES DISTRICT JUDGE